```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29323
    ELIZA M AL SARRAJ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6591


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 08/09/2004 and was confirmed 09/23/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  27.88% from remaining funds.

    The case was dismissed after confirmation 10/04/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------
AT & T WIRELESS            UNSECURED       NOT FILED         .00             .00
ECAST SETTLEMENT CORP      UNSECURED          600.46         .00          151.63
ASPIRE                     UNSECURED         1383.14         .00          349.26
CITY OF CHICAGO PARKING    UNSECURED         3775.00         .00          983.39
ROUNDUP FUNDING LLC        UNSECURED         1320.16         .00          333.36
FIRST CONSUMERS NATIONAL   UNSECURED       NOT FILED         .00             .00
FORD MOTOR CREDIT          UNSECURED       NOT FILED         .00             .00
FORD MOTOR CREDIT          NOTICE ONLY     NOT FILED         .00             .00
FORD MOTOR CREDIT          NOTICE ONLY     NOT FILED         .00             .00
HHLD BANK                  UNSECURED       NOT FILED         .00             .00
IL DEPT OF HUMAN SERVICE   UNSECURED       NOT FILED         .00             .00
NGBL CARSONS               UNSECURED       NOT FILED         .00             .00
TIMOTHY K LIOU             DEBTOR ATTY       2,414.40                    2,220.74
TOM VAUGHN                 TRUSTEE                                         228.62
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   4,267.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     1,817.64
ADMINISTRATIVE                                2,220.74
TRUSTEE COMPENSATION                            228.62
DEBTOR REFUND                                      .00
                       ---------------    ---------------
TOTALS                    4,267.00            4,267.00


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 29323 ELIZA M AL SARRAJ
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 29323 ELIZA M AL SARRAJ